**Order filed February 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00527-CV
_____

### NICHOLAS CORNELIUS BROWN AND DEBRA KEYES, Appellants

### V.

### MORROCCO TOWNHOMES LLC, Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1093803**

## O R D E R

Appellants' brief was due December 27, 2017, but not filed. We issued an order on January 9, 2018, stating that the court would dismiss the appeal for want of prosecution unless appellants filed a brief or motion for extension of time by January 29, 2018. _See_ Tex. R. App. P. 42.3(b). No response has been received.

The court's records indicate appellants may not have received notice of the order. Although all notices and orders have been available on the information page

for this case on the court's website, in an abundance of caution we issue the following order.

Unless appellants file a brief with this court by **March 29, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM